UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. ARDINO; JOSEPH ARDINO and LISA A. ARDINO, on behalf of themselves and all others similarly situated,<br><br>        **Plaintiffs,**<br><br>v.<br><br>SOLOMON AND SOLOMON, P.C., and JOHN DOES 1-25,<br><br>        **Defendants.** | Civ. No. 13-1821 (KM)<br><br>**ORDER** |

  **THIS MATTER** having been opened to the Court by Defendant Solomon and Solomon, P.C., by its counsel, Wilson Elser Moskowitz Edelman & Dicker LLP, on a Motion [ECF No. 6] pursuant to Federal Rule of Civil Procedure 12(b)(6) to Dismiss the Complaint [ECF No. 1]; and the Plaintiffs, by their counsel the Law Officers of Joseph K. Jones, LLC, having opposed the motion [ECF No. 9]; and both parties having submitted further materials in reply [ECF Nos. 14, 18, and 19]; and the Court having considered the papers before it, pursuant to Federal Rule of Civil Procedure 78(b); for the reasons stated in the Opinion filed on this date, and for good cause shown:

  **IT IS** this 23rd day of January, 2014,

  **ORDERED** that the Motion to Dismiss of defendant Solomon and Solomon, P.C., is **GRANTED IN PART** and **DENIED IN PART**. The claims, only insofar as they demand injunctive and declaratory relief, are **DISMISSED WITH PREJUDICE**. As to all other claims and demands, the motion to dismiss is **DENIED**.

                         /s/ Kevin McNulty
                      HON. KEVIN MCNULTY, U.S.D.J.