# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. ARDINO, JOSEPH ARDINO, and LISA A. ARDINO, on behalf of themselves and all others similarly situated, | Civil Action No. 2:13-cv-1821 (SCM) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| SOLOMON AND SOLOMON, P.C., and JOHN DOES 1-25, | |
| Defendant(s). | |

The Court having reviewed and considered the Joint Motion for Preliminary Approval of Proposed Class Action Settlement ("Joint Motion") by Representative Plaintiffs Andrew J. Ardino, Joseph Ardino & Lisa A. Ardino and Defendant Solomon & Solomon, P.C. (all collectively, the "Parties"), and having reviewed and considered the terms and conditions of the proposed settlement (the "Settlement")[1] as set forth in the Settlement Agreement and General Release, and the Court having determined that the Parties have complied with the Court's January 20, 2015 Order Granting Preliminary Approval of Proposed Class Action Settlement and the April 16, 2015 Order amending the January 20, 2015 Order, Approving Class Notice, Scheduling Final Approval Hearing, and Staying Litigation, and having reviewed any supplemental submissions of the Parties, and on the basis of such submissions and all

---

[1] Capitalized terms used in this Order that are not otherwise defined herein have the meaning assigned to them in the Agreement and/or January 20, 2015 Order.

prior proceedings had in this litigation, and good cause for this Order having been shown,

**IT IS ORDERED AND ADJUDGED:**

That the terms of the Agreement and January 20, 2015 Order Granting Preliminary Approval of Proposed Class Action Settlement (which are incorporated herein by reference) are hereby approved. The Settlement is sufficiently within the range of reasonableness to warrant final certification of the Settlement Class (as that term is defined in the Agreement) and consummation of the Settlement. The Court more specifically rules as follows:

The Representative Plaintiffs and Class Counsel are adequate representatives of the Class and counsel for the Class, respectively;

The Settlement, on the terms and conditions provided for in the Agreement, are finally approved by the Court as fair, reasonable and adequate;

The Released Claims of the Class Members asserted in the Action should be dismissed on the merits and with prejudice as to Defendant;

The Court hereby permanently enjoins the assertion of any Claims that arise from or relate to the subject matter of the Lawsuit against Released Parties by the Class Members or any other Persons;

The application for attorneys' fees, costs and expenses submitted by Class Counsel in connection with the Final Approval Hearing is hereby approved;

The application for payment to Representative Plaintiffs submitted in connection with the Final Approval Hearing is hereby approved; and

The Court hereby permanently enjoins the assertion of Claims by the Releasing Parties that arise from or relate to conduct by the Released Parties that occurred on or before the Effective Date of the Agreement.

**DONE AND ORDERED** after a hearing in open court at the United States District Courthouse in Newark, New Jersey, on June 23, 2015, and signed this ___30___ day of ___June___, 2015.

_____
HONORABLE STEVEN C. MANNION, U.S.M.J.

✗ The Clerk of the Court is directed to close this file.

3

1924010v.1